No. 88–6608.   KUNEK v. COFFMAN ET AL., 489 U. S. 1089. Motion for leave to file petition for rehearing denied.

MAY 23, 1989

No. 88–688.   PEAT MARWICK MAIN & CO. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA, ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari dismissed under this Court's Rule 53.

No. A–923.   McCOY v. LYNAUGH, DIRECTOR, TEXAS DEPART-MENT OF CORRECTIONS.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

MAY 25, 1989

No. A–937.   LINDSEY v. THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.